IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FELTON LOVETT                                                          PLAINTIFF

vs.                                     Civil No. 04-1073

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                      DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 22nd day of August, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                           /s/Bobby E. Shepherd
                                                           Honorable Bobby E. Shepherd
                                                           United States Magistrate Judge